# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENERAL CASUALTY INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>REND LAKE RESORT, INC., and SHARON S. NOLTE,<br>    Defendants. | Case No. 3:16-cv-00287-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of General Casualty Insurance Company and against Rend Lake Resort, Inc. and Sharon S. Nolte; and

**IT IS FURTHER DECLARED** that:

General Casualty Insurance Company has no duty to defend or indemnify Rend Lake Resort, Inc. under Comprehensive Insurance Policy #CC1 0445696 with respect to any of the allegations in the complaint in *Sharon S. Nolte v. Rend Lake Resort, Inc.,* Case No. 15-L-38, Second Judicial Circuit, Franklin County, Illinois.

DATED: September 21, 2017

                                             **JUSTINE FLANAGAN,**
                                             **Acting Clerk of Court**

                                             **BY:** *s/Tina Gray*
                                                    **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**